# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEATHER OSTLER,<br><br>Defendant. | CR 25-147-BLG-WWM-1<br><br>*NUNC PRO TUNC* ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT AND APPOINTING NEW COUNSEL |

Upon review of the Motion to Withdraw as Attorney of Record and for Appointment of CJA Panel Attorney, (Doc. 44) and for good cause appearing:

**IT IS HEREBY ORDERED** that Steven C. Babcock be relieved of all legal duties to Defendant Heather Ostler, pursuant to 18 U.S.C. § 3006A.

**IT IS FURTHER ORDERED** that the Attorney named below, a member of the CJA Panel of this District, is appointed to represent Defendant Heather Ostler at every stage of the proceedings, including ancillary matters appropriate to the proceedings.

| | |
|---|---|
| NAME: | Nicholas Miller<br>Avignone, Banick & Williams, PPLC |
| ADDRESS: | 3825 Valley Commons Dr., Suite 6<br>Bozeman, MT 59718 |
| TELEPHONE: | (406) 586-8330 |

**IT IS FURTHER ORDERED** that this appointment shall be retroactive to December 5, 2025, pursuant to 18 U.S.C. § 3006A(b).

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 15th day of December, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE