## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEATHER OSTLER,<br><br>Defendant. | CR 25-147-BLG-WWM-1<br><br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's unopposed Motion for Preliminary Order of Forfeiture (Doc. 97) pursuant to Federal Rule of Criminal Procedure 32.2(b). Defendant Ostler has been adjudged guilty as charged to Count 2 in the Indictment and has admitted to its forfeiture allegation. Defendant's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1), and (2) and 21 U.S.C. § 881(a)(11).

Accordingly, **IT IS ORDERED** that the motion is **GRANTED**:

**IT IS FURTHER ORDERED** that Heather Ostler's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1), and (2) and 21 U.S.C. § 881(a)(11):

- $3,183 in United States currency.

**IT IS FURTHER ORDERED** that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

**IT IS FURTHER ORDERED** that the United States will provide written notice to all third parties with a potential legal interest in any of the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, as required by 21 U.S.C. § 853(n)(l) and Federal Rule of Criminal Procedure 32.2(b)(6), and to make its return to this Court that such action has been completed; and

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 24th day of March, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE

2